IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CAREY HALL, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 1:23-CV-93 (LAG) |
| | * |
| FRANKLIN'S SPRING CREEK FORD, LLC, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 16, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiffs shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 19th day of August, 2024.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk